UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ANTONIO QUIZHPILEMA,

                Plaintiff,

    v.

ANDREA QUARANTILLO, DISTRICT
DIRECTOR, US CIS NEW YORK, NY

                Defendants.
------------------------------------------------------------ x

**ECF CASE**

07 Civ. 10545 (SHS)

NOTICE OF APPEARANCE

TO:   Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         December 4, 2007

                                            Respectfully submitted,

                                            MICHAEL J. GARCIA
                                            United States Attorney for the
                                            Southern District of New York

                         By:   /s/ _____
                                            DAVID BOBER
                                            Assistant United States Attorney
                                            86 Chambers Street, 3rd Floor
                                            New York, New York 10007
                                            Telephone: (212) 637-2718
                                            Facsimile: (212) 637-2786
                                            Email: david.bober@usdoj.gov

TO: Spiro Serras, Esq.
     Wilens & Baker, P.C.
     450 Seventh Avenue
     New York, NY 10123
     (212) 695-0060