MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By. DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No. (212) 637-2718

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------X

ANTONIO QUIZHPILEMA,

                              Plaintiff,

         - v. -

ANDREA QUARANTILLO,

                              Defendant.

--------------------------------------------X

:
:
:
:
:
:
:

STIPULATION AND
ORDER OF DISMISSAL

07 Civ. 10545 (NRB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 1/8/08

ORIGINAL

         IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the

parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or

attorney's fees to any party.

Dated. New York, New York
         January 3, 2008

                                        WILENS & BAKER, P.C.
                                        Attorneys for Plaintiff

                              By:       _____
                                        SPIRO SERRAS, ESQ. (9272)
                                        450 Seventh Ave.
                                        New York, NY 10123
                                        Tel. No.: (212) 695-0060

Dated:  New York, New York
         January 3, 2008

                                        MICHAEL J. GARCIA
                                        United States Attorney for the
                                        Southern District of New York
                                        Attorney for Defendant

                              By:       _____
                                        DAVID BOBER
SO ORDERED:                             Assistant United States Attorney
                                        86 Chambers Street, 3rd Floor
_____                 New York, NY 10007
HON. NAOMI REICE BUCHWALD               Tel. No.: (212) 637-2718
United States District Judge   1/4/08